UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

---

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** __14-1778_____ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Cape Fear Public Utility Authority and New Hanover County _____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

/s/Jeremy M. Wilson
(signature)

| | |
|---|---|
| Jeremy M. Wilson | (910)794-4800 |
| Name (printed or typed) | Voice Phone |
| Ward and Smith, P.A. | (910)794-4877 |
| Firm Name (if applicable) | Fax Number |
| PO Box 7068 | |
| Wilmington, NC 28406-7068 | jw@wardandsmith.com |
| Address | E-mail address (print or type) |

---

## CERTIFICATE OF SERVICE

I certify that on __August 18, 2014____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Bradley A. Coxe
Hodges & Coxe, PC
3907-100 Wrightsville Avenue
Wilmington, NC 28403
Telephone: (910) 772-1678
Facsimile: (910) 799-7119

/s/Jeremy M. Wilson                                    August 18, 2014
Signature                                                          Date

05/07/2014
SCC