FILED: December 22, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1778 (L)
(7:13-cv-00002-H)

_____

TOMMY DAVIS CONSTRUCTION, INC.

      Plaintiff - Appellee

v.

CAPE FEAR PUBLIC UTILITY AUTHORITY; NEW HANOVER COUNTY

      Defendants - Appellants

_____

O R D E R

_____

Upon review of submissions relative to the joint motion to file a supplemental appendix, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk