# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 31, 2014

_____

## DOCKET CORRECTION NOTICE
_____

No.   14-1778 (L),   <u>Tommy Davis Construction, Inc. v. Cape Fear Public Utility</u>
                     7:13-cv-00002-H

TO:   Bradley Andrew Coxe

FILING CORRECTION DUE:  January 5, 2015

Please make the correction identified below and file a corrected document by the date indicated.

_____

 [ X] Brief is not text-searchable. Please refile brief as a text-searchable PDF.


Jeffrey S. Neal, Deputy Clerk
804-916-2702